LULA ANTHONY, by Guardian ad Litem, Appellant, *v.* THE VILLAGE OF GLENS FALLS, Respondent.

*Anthony* v. *Village of Glens Falls,* 4 App. Div. 218, affirmed.
(Argued June 17, 1897; decided October 5, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered April 21, 1896,. which reversed a judgment in favor of plaintiff entered upon a verdict, and granted a new trial.

*Richard L. Hand* for appellant.

*James H. Bain* for respondent.

Order and judgment affirmed, and judgment absolute ordered against plaintiff, with costs; no opinion.

All concur, except GRAY, J., absent.

---

In the Matter of the Probate of the Will of NICHOLAS SEA-GRIST, Deceased; FRANCIS W. SEAGRIST, JR., et al., Appellants; FRANCIS S. K. SIGRIST, Respondent.

*Matter of Seagrist,* 1 App. Div. 615. affirmed.
(Argued June 17, 1897; decided October 5, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 4, 1896, which affirmed a degree of the surrogate of the city and county of New York admitting a will to probate.

*Joseph H. Hayes* and *Edward S. Clinch* for appellants.

*Edward W. S. Johnston* for respondent.

Order affirmed, with costs to be paid by appellants personally; no opinion.

All concur, except GRAY, J., absent.